Order entered November 12, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-11-00842-CR
No. 05-11-00843-CR

**JAMES KELLEY, Appellant**

V.

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 282nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F09-59178-S, F09-72634-S**

## ORDER

The Court **REINSTATES** the appeals as of April 13, 2012, the date appellant's brief was filed.

The records and briefs have been filed and the appeals will be submitted in due course.

DAVID L. BRIDGES
JUSTICE